IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | Civil Action No. |
| Plaintiffs, | 25-cv-01433 |
| v. | (Judge Stickman) |
| Herbert Decor, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) Dangopon, Art iron plate painting, new blanket local, Alies, GoStarlight, Mi Bao Home Carpet, be at home, Living Home Museum, JH WAII ART, ZOEY WALL ART, KAIWALK, Peach Art, sign shine, Home Love Haven, Wonderful thinking, StitchCrafted, BLANKET Local, A Sweet little home, MysticGreetingCorner, JPQIfei, Homey Mat, RUG HOME, Happy Art Dream Home, CanvasGiftHub, Integrity wholesale goods, Cossy, Wang E, Pasitin, MugVista, One tumbler, Tumbler custom, TailorLoop, Captivating Canvas Co, YZART with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 19, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III

Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -