# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT, | **Case No.: 25-cv-01433** |
| Plaintiff, | Hon. Judge William S. Stickman |
| v. | **<u>NOTICE OF APPEARANCE</u>** |
| HERBERT DECOR, et al., | |
| Defendants | |

**PLEASE TAKE NOTICE**, the Defendants identified in the attached list (hereinafter referred to as the "Group A Defendants" or "Defendants"), by and through their undersigned counsel, requests that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  November 21, 2025

Respectfully Submitted,

*/s/ Jiyuan Zhang*
By: Jiyuan Zhang, Esq.
**J. Zhang and Associates, P.C.**
3712 Prince Street, Ste 9C
Flushing, NY 11354
Tel: 718.701.5098
contact@jzhanglaws.com

***Attorney for Defendants***

**Group A Defendants**

| Defendant's Name | Def. No. |
|---|---|
| Very beautiful poster | NO.116 |
| Oil painting lll | NO.194 |
| super oil painting | NO.204 |
| Blooming means blooming | NO.205 |
| Decorative painting girl | NO.208 |
| Oil Painting Housez | NO.209 |
| Art that touches the heart | NO.210 |
| Top selling oil painting | NO.211 |
| Personalized decorative painting | NO.221 |
| Creative decorative paintings | NO.251 |

**AFFIRMATION OF SERVICE**

I, Jiyuan Zhang, an attorney, certifies that on November 21, 2025, a true and correct copy

of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby

serving it upon all counsel of record and all interested parties.


*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq