# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA AUDIT,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HERBERT DECOR, et al.,<br><br>　　　　Defendants | Case No.: 25-cv-01433<br><br>Hon. Judge William S. Stickman<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, the Defendants identified in the attached list (hereinafter referred to as the "Group A Defendants" or "Defendants"), by and through their undersigned counsel, requests that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: November 21, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jiyuan Zhang*
　　　　　　　　　　　　　　　　　　　　By: Jiyuan Zhang, Esq.
　　　　　　　　　　　　　　　　　　　　**J. Zhang and Associates, P.C.**
　　　　　　　　　　　　　　　　　　　　3712 Prince Street, Ste 9C
　　　　　　　　　　　　　　　　　　　　Flushing, NY 11354
　　　　　　　　　　　　　　　　　　　　Tel: 718.701.5098
　　　　　　　　　　　　　　　　　　　　contact@jzhanglaws.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

**Group A Defendants**

| Defendant's Name | Def. No. |
|---|---|
| Very beautiful poster | NO.116 |
| Oil painting lll | NO.194 |
| super oil painting | NO.204 |
| Blooming means blooming | NO.205 |
| Decorative painting girl | NO.208 |
| Oil Painting Housez | NO.209 |
| Art that touches the heart | NO.210 |
| Top selling oil painting | NO.211 |
| Personalized decorative painting | NO.221 |
| Creative decorative paintings | NO.251 |

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on November 21, 2025, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq