IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA AUDIT, | | Civil Action No. |
| Plaintiffs, | | 25-cv-01433 |
| v. | | (Judge Stickman) |
| Herbert Decor, et al., | | |
| Defendants. | | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 114 | Pikju |
| 193 | Bird Pink |
| 243 | PrintWallArt |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: January 12, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

- 2 -

                FERENCE & ASSOCIATES LLC
                409 Broad Street
                Pittsburgh, Pennsylvania 15143
                (412) 741-8400 – Telephone
                (412) 741-9292 – Facsimile

                Attorney for Plaintiff